IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OFFICER BLUE, in his individual compacity; OFFICER JOHNSON, in his individual compacity; OFFICER HELM, in his individual compacity; OFFICER WOLF, in her individual compacity; OFFICER THOMAS, in his individual compacity; and SGT. NEEDMAN, in his individual compacity;<br><br>　　　　　Defendants. | 8:22CV247<br><br>ORDER |

　　　　In accordance with the Court's January 22, 2025, Memorandum and Order, Filing No. 35, the Clerk of the Court has obtained the last-known addresses for Defendants Officers Wolf and Helm from the United States Marshals Service for service of process on Defendants Wolf and Helm in their individual capacities. On the Court's own motion,

　　　　IT IS ORDERED that: The Clerk of the Court is directed to file under seal any document containing the last-known personal addresses for Defendants Wolf and Helm, including Filing No. 36.

　　　　Dated this 27th day of January, 2025.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*Joseph F. Bataillon* (signature)

　　　　　　　　　　　　　　　　　　　　　Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge