IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER,<br><br>           Plaintiff,<br><br>  vs.<br><br>OFFICER BLUE, in his individual capacity; OFFICER JOHNSON, in his individual capacity; OFFICER HELM, in his individual capacity; OFFICER WOLF, in her individual capacity; OFFICER THOMAS, in his individual capacity; and SGT. NEEDMAN, in his individual capacity;<br><br>           Defendants. | **8:22CV247**<br><br>**MEMORANDUM AND ORDER** |

      Before the Court is a motion to dismiss defendants Wolf and Helm from this action filed by Plaintiff Austin Edward Lightfeather ("Plaintiff"). Filing No. 46. In support Plaintiff seeks their dismissal, contending both Wolf and Helm should not be defendants and instead should be utilized as witnesses against the other defendants in this matter. *Id.*

      As neither Wolf nor Helm have responded to Plaintiff's complaint and Helm has not been served, IT IS THEREFORE ORDERED: Plaintiff's motion to voluntarily dismiss defendants Wolf and Helm from this action, Filing No. 46, is granted. Defendants Wolf and Helm are hereby dismissed as defendants in this action.

Dated this 12th day of June, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge