IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AUSTIN EDWARD LIGHTFEATHER,

Plaintiff,

vs.

OFFICER BLUE, in his individual capacity; OFFICER JOHNSON, in his individual capacity; OFFICER THOMAS, in his individual capacity; and SGT. NEEDMAN, in his individual capacity;

Defendants.

8:22CV247

MEMORANDUM AND ORDER

This matter is before this Court on Defendants' Motion to Extend Progression Order deadlines (the "Motion to Extend"), Filing No. 69, as set forth in the Court's Order Setting Schedule for Progression of Case (the "Progression Order"), Filing No. 50, and Defendants' motion seeking an order determining the sufficiency of Plaintiff's discovery responses, including an order finding the answers to Defendants' requests for admissions insufficient, deeming them admitted, or, alternatively, requiring supplemental responses from Plaintiff, and an order compelling Plaintiff to fully respond to Defendants' interrogatories and requests for production (hereinafter the "Motion to Compel"), Filing No. 62.

As the Motion to Extend and the Motion to Compel are related, the Court addresses them here together, and, for the reasons set forth below, the Motion to Extend, Filing No. 69, shall be granted, in part, in accordance with this Memorandum and Order. As the Motion to Compel, Filing No. 62, is currently

under review, the Court shall not issue a decision at this time. The Court shall amend the Progression Order when the Motion to Compel is fully resolved.

In support of their Motion to Extend, Defendants argue that they mailed a set of requests for admissions ("RFA"), interrogatories ("ROGS"), and requests for production ("RFP") to Plaintiff on June 30, 2025, to which Plaintiff has not adequately responded. *See* Filing Nos. 63-1 & 63-2. Specifically, Defendants contend that Plaintiff's answers to the RFA were insufficient and/or unresponsive[1] and that Plaintiff failed to respond to the ROGS or RFP in any fashion. *See* Filing Nos. 62 & 64. And, because Plaintiff failed to either respond or respond adequately to any of the discovery propounded by Defendants, Defendants' Motion to Extend seeks to continue the discovery and dispositive motion deadlines to allow this Court to address the Motion to Compel, for Plaintiff to provide adequate responses to all discovery, and for Defendants to review the answers. Filing No. 69.

Because the issues raised in the Motion to Extend depend upon a ruling on the Motion to Compel, instead of extending only the discovery and dispositive motion deadlines as requested, this Court shall suspend the Progression Order deadlines in their entirety until the Motion to Compel is resolved.

IT IS THEREFORE ORDERED that Defendants' Motion to Extend, Filing No. 69, is granted in part on the following terms:

1.     The Progression Order, Filing No. 50, is stayed until the filing and resolution of Defendants' Motion to Compel.

---

[1] Defendants believe Plaintiff's responses were improperly filed with this Court at Filing No. 54 and are Plaintiff's attempt at responding to Defendants' request for admissions. Filing No. 64 at 2.

2.    The Final Pretrial conference before Magistrate Judge Jacqueline M. DeLuca scheduled for February 3, 2026, at 10:30 A.M. is continued until further order of the Court.

3.    The Clerk of Court shall terminate all progression order deadlines, and the Final Pretrial Conference scheduled for February 3, 2026, at 10:30 A.M.

4.    The Court shall amend the Progression Order deadlines following the resolution of the Motion to Compel, Filing No. 62, in a later Memorandum and Order.

Dated this 20th day of October, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge